# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | CASE NO. 8:15CR31 |
| RYAN SLAVICEK, | ORDER FOR RETURN OF FUNDS |
| Defendant. | |

This matter is before the Court on the government's Motion for Return of Funds (Filing No. 33). The motion seeks an order directing the U. S. Marshals Service to remit to the Defendant through counsel the amount of $2,971.00 which had been seized from the Defendant. Upon review of this matter, the Court finds the motion should be granted.

IT IS ORDERED:

1. The United States Marshals Service shall remit $2,971.00 to James Martin Davis, counsel for Defendant in the matter captioned above;

2. Remittance of the $2,971.00 shall be subject to any pre-existing debt(s) which Defendant may owe to the United States; and

3. The Clerk of the Court shall provide a certified copy of this order to U. S. Marshal.

Dated this 1st day of February, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge